UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| USIEL ALCARAZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-07882-VBF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1) and supporting records, Respondent's Answer to the Petition (Dkt. 10) and supporting records, Petitioner's Traverse (Dkt. 13), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15, "Report"), which was filed on February 14, 2022. No party filed timely objections to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

1 | IT IS THEREFORE ORDERED that Petitioner's request for an evidentiary hearing is denied and Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: June 2, 2022                                        /s/ Valerie Baker Fairbank
                                                            _____
                                                            Hon. VALERIE BAKER FAIRBANK
                                                            Senior United States District Judge