JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| USIEL ALCARAZ, | Case No. 2:21-cv-07882-VBF (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| MARCUS POLLARD, Warden, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Alcaraz. IT IS SO ADJUDGED.

Dated: June 2, 2022                     /s/ Valerie Baker Fairbank

                                        The Hon. Valerie Baker Fairbank
                                        Senior United States District Judge